■ In the Matter of SYLVESTER MILLAR et al., Appellants, v RICHARD HIGGINS et al., Respondents. [604 NYS2d 755] —Appeal by the petitioner from an order and judgment (one paper) of the Supreme Court, Kings County (Hurowitz, J.), entered May 3, 1991.

Ordered that the order and judgment is affirmed, with costs to the respondent New York State Division of Housing and Community Renewal, for reasons stated by Justice Hurowitz at the Supreme Court. Mangano, P. J., Sullivan, Miller and Pizzuto, JJ., concur.